# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LARRY J. RICHARDSON  
2225 BELLWORT DR.  
ROCKFORD, IL  61108

SSN-xxx-xx-0214

Case Number: 04-74184

Case filed on: 8/19/2004  
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $17,608.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LARRY J. RICHARDSON | 0.00 | 0.00 | 0.60 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.60 | 0.00 |
| 001 | ALPINE BANK | 18,152.47 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 9,803.02 | 9,803.02 | 9,803.02 | 1,245.26 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 66,059.06 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 94,014.55 | 9,803.02 | 9,803.02 | 1,245.26 |
| 002 | FORD MOTOR CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | FIRST REVENUE ASSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | VEATCH CHEMICAL COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | YELLOW BOOK USA | 3,973.85 | 3,973.85 | 3,973.85 | 0.00 |
| 010 | CYNTHIA RICHARDSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 92.24 | 92.24 | 92.24 | 0.00 |
| 012 | NORTHERN ILLINOIS RETINA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIUM ASSINGMENT CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SAVICH RISK MANAGEMENT SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 203 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 4,066.09 | 4,066.09 | 4,066.09 | 0.00 |
|  | Grand Total: | 99,444.64 | 15,233.11 | 15,233.71 | 1,245.26 |

Total Paid Claimant:     $16,478.97  
Trustee Allowance:       $1,129.03  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  04/18/2008            By   /s/Heather M. Fagan